UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY SCOTT HAUFF, | ) | No. EDCV 13-497 FFM |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 30, 2014

                                               /S/ FREDERICK F. MUMM
                                               FREDERICK F. MUMM
                                            United States Magistrate Judge